UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 44744
  BARBARA DRAPER
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
  SSN XXX-XX-6155
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/06/04 and confirmed on 03/31/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 24544.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED | 9000.00 | 1333.96 | 9000.00 |
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| SELECT PORTFOLIO SERVICI | MORTGAGE ARRE | 5984.68 | .00 | 5984.68 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NEW CENTURY CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ST JOSEPH MEDICAL CTR | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 557.63 | .00 | 557.63 |
| THOMAS J BRUMUND DDS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 6546.00 | .00 | 6546.00 |

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 14984.68 | .00 | 7103.63 | .00 | 22088.31 |
| PRINCIPAL PAID | 14984.68 | .00 | 7103.63 | .00 | 22088.31 |
| INTEREST PAID | 1333.96 | .00 | .00 | .00 | 1333.96 |
| TOTAL PAID | 16318.64 | .00 | 7103.63 | .00 | 23422.27 |

The Debtor's attorney, FRANK X WEINERT III         , was allowed $      .00
and was paid $     .00 .

The Trustee received $    970.75 .

Refunds to the Debtor totaled $    150.98 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```